596

472 A.2d 244

Commonwealth v. Cotton, Appellant.

Submitted October 14, 1983. Jay H. Spiegel, for appellant; Dara A. DeCourcy, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and BECK, JJ.

Judgment of sentence affirmed.

472 A.2d 245

Commonwealth v. DeJesus, Appellant.

Petition for Allowance of Appeal
Denied June 22, 1984.

Submitted October 24, 1983. Charles B. Coleman, Assistant Public Defender, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and HOFFMAN, JJ.

Affirmed.